JAMES GARRETT ET AL. *v.* J. F. ROYSE, ADMR., ET AL.

[Abstract Ketucky Law Reporter, Vol. 2—438.]

**Construction of Will.**

> Where by a clause in a will a testator demised real estate, but there is no clause disposing of cash on hand, the executor could not even by investing the cash in hand make it subject to the clause of the will disposing of the land to the benefit of the legatees there named. As to such cash, the testator died intestate, and it will descend to his heirs.

APPEAL FROM NICHOLAS CIRCUIT COURT.

May 31, 1881.

OPINION BY JUDGE PRYOR:

It is plain from the provisions of the will that the devisor, even if the four thousand dollars had been invested in land, did

not devise it to those named in the fourth clause of the will; and besides, no investment having been made by the executor, and the money on hand being insufficient for that purpose, the court below properly held that the personalty was undevised. The testator, in directing the investment, did not intend to add to the devise already made in the fourth clause, and if such was his purpose the investment could not have been made for the want of the proper sum of money with which to make it, and no devise having been made by his brother, it passed to the next of kin as directed by the judgment, and the same is now *affirmed*.

*J. P. Norvell, for appellants.*

*Ross & Kennedy, for appellees.*